### The People of the State of Illinois, Defendant in Error, v. Michael Scarlet, Plaintiff in Error.

### Gen. No. 18,754. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in this court at the March term, 1913. Affirmed. Opinion filed July 7, 1913.

### Statement of the Case.

Prosecution on information against Michael Scarlet charging him with assault with deadly weapon

with intent to inflict upon Elsie Scarlet bodily injury. From judgment sentencing defendant to thirty days in the house of correction "at labor" and to pay a fine of one hundred dollars and costs, etc., defendant brings error.

A. N. GUALANO and GEORGE REMUS, for plaintiff in error.

MACLAY HOYNE, for defendant in error; ZACH HOFHEIMER, of counsel.

MR. JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

CRIMINAL LAW, § 384*—*when sentence to house of correction "at labor" may be imposed.* Person convicted of assault with a deadly weapon with intent to inflict bodily injury, without provocation and showing an abandoned and malignant heart, may be sentenced to house of correction "at labor" under J. & A. ¶ 4148, Hurd's R. S. 1911, ch. 38, ¶ 448.